FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Mar 13, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RODNEY PHILBECK, | |
| Plaintiff, | No. 2:23-CV-00339-SAB |
| v. | |
| FORD MOTOR COMPANY, | **ORDER DISMISSING WCPA** |
| Defendant. | **CLAIM** |

Before the Court is the parties' Stipulation for Voluntary Dismissal with Prejudice of Plaintiff's Washington Consumer Protection Act Claim, ECF No. 30. The parties stipulate and request the Court dismiss Plaintiff's Washington Consumer Protection Act ("WCPA") claim with prejudice, and without costs or attorney fees to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

Accordingly, **IT IS HEREBY ORDERED:**

1.    The parties' Stipulation for Voluntary Dismissal with Prejudice of Plaintiff's Washington Consumer Protection Act Claim, ECF No. 30, is **ACCEPTED and ENTERED into the record**.

2.    Plaintiff's WCPA claim, the third cause of action, is **DISMISSED with prejudice** and without costs or attorney fees to any party.

//

**ORDER DISMISSING WCPA CLAIM** # 1

3.    Defendant's Motion for Partial Summary Judgment, ECF No. 24, is **DISMISSED as moot**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 13th day of March 2025.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING WCPA CLAIM** # 2