FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 14, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RODNEY PHILBECK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FORD MOTOR COMPANY,<br><br>　　　　Defendant. | No. 2:23-CV-00339-SAB<br><br><br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulated Motion for Order of Dismissal with Prejudice, ECF No. 36. The motion was considered without oral argument.

Due to a settlement agreement, the parties have requested the Court dismiss the case with prejudice and without any award of attorneys' fees or costs to either party. The Court grants the motion.

//
//
//
//
//
//

**ORDER OF DISMISSAL** #1

Accordingly, **IT IS HEREBY ORDERED**:

1.  The parties' Stipulated Motion for Order of Dismissal with Prejudice, ECF No. 36, is **GRANTED**.

2.  The above-captioned case is **DISMISSED with prejudice** and without costs or attorney's fees.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this this 14th day of May 2025.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL #2**